1176

No. 82–5814. TOWNSEND *v.* HOOD ET AL.  C. A. 4th Cir. Certiorari denied.

No. 82–5817. ROUTTENBERG *v.* ALHAMBRA CITY SCHOOL DISTRICT.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 82–5819. CUMBER *v.* CHERRY ET AL.  C. A. 4th Cir. Certiorari denied.

No. 82–5825. FINNEY *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 82–5832. BROWNSTEIN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 82–5841. REYNOLDS *v.* ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 82–5844. JONES *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 82–5849. MCMILLAN *v.* BULLARD, SUPERINTENDENT, WAGRAM CORRECTIONAL CENTER.  C. A. 4th Cir. Certiorari denied.

No. 82–5851. MORROW *v.* GEM CITY SAVINGS ASSN.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 82–5856. IN RE NEARIS.  C. A. 1st Cir.  Certiorari denied.

No. 82–5859. MARTIN *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.  Pa. Commw. Ct. Certiorari denied.

No. 82–5865. NEWCOMB *v.* NEW YORK STATE BOARD OF PAROLE.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.